103 So.2d 183

Mildred S. STINSON, Adm'x.

v.

ATLANTIC COAST LINE R. CO.

ATLANTIC COAST LINE R. CO.

v.

Mildred S. STINSON, Adm'x.

6 Div. 106, 736.

Supreme Court of Alabama.

April 10, 1958.

Rehearing Denied June 12, 1958.

Graham, Bibb, Wingo & Foster, Birmingham, for Atlantic Coast Line R. Co.

Richter, Lord & Farage, Philadelphia, Pa., and Jones & Jones, Birmingham, for Stinson.

PER CURIAM.

Pursuant to the mandate of the Supreme Court of the United States in Stinson v. Atlantic Coast Line Railroad Company, 355 U.S. 62, 78 S.Ct. 136, 2 L.Ed.2d 93, the judgment in the same case, 266 Ala. 244, 96 So.2d 305, is reversed. The motions of both parties are overruled.

Pursuant to the same mandate, we place the case of Atlantic Coast Line Railroad Co. v. Stinson, 264 Ala. 522, 88 So.2d 189, on rehearing, grant the rehearing and affirm the judgment of the lower court in that cause.

All the Justices concur.